■ NANCY L. FINSTERER, Appellant, v MICHAEL ESTREICHER et al., Respondents. [672 NYS2d 259] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated

October 15, 1997, which granted the defendants' motion for summary judgment dismissing the complaint based on the plaintiff's failure to sustain a serious injury as defined by Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the defendants established their entitlement to judgment as a matter of law and that the plaintiff failed to raise a triable issue of fact (*see*, CPLR 3212 [b]) as to whether she sustained a serious injury as defined by Insurance Law § 5102 (d). Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.